IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR76** |
| **Plaintiff,** | ) | |
| vs. | ) | **JUDGMENT** |
| **ELEODOR LOPEZ-URIAS,** | ) | |
| **Defendant.** | ) | |

Pursuant to the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 245);

2. Upon initial review, the Court summarily dismisses the Defendant's claims raised in the § 2255 motion; and

3. The Clerk shall mail a copy of this Judgment to the Defendant at his last-known address.

DATED this 19th day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge